UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: EDDIE ANDREW GORDON
4130 BIRMINGHAM HWY
#120
MONTGOMERY, AL 36108

CASE NO: 16-32399-DHW

Soc. Sec. No. XXX-XX-3541
Debtor.

## INCOME WITHHOLDING ORDER

TO: INDUSTRIAL STAFFING OF AL
ATTN PAYROLL
901 S HULL ST
MONTGOMERY, AL 36104

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that INDUSTRIAL STAFFING OF AL withhold from the wages, earnings, or other income of this debtor the sum of **$45.00 WEEKLY** and remit all such funds withheld to:

**SABRINA L. MCKINNEY
ACTING CHAPTER 13 TRUSTEE
16-32399-DHW EDDIE ANDREW GORDON
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, September 6, 2016.

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge