In Re:  Case No.16-32399-DHW
EDDIE ANDREW GORDON  Chapter 13
4130 BIRMINGHAM HWY
#120
MONTGOMERY, AL 36108

Debtor
SSN: XXX-XX-3541

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

SOUTHERN SASH SUPPLY OF MONTGOMERY, INC.
3202 THOMASON AVE
MONTGOMERY, AL  36108

The above employer is authorized to pay all future wages to the debtor.

Done this Tuesday, September 06, 2016.

*/s/ Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge

**CC:**  EDDIE ANDREW GORDON